■ In the Matter of REBECCA S. and Another, Children Alleged to be Abused. ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DANIEL R. S., Appellant. [703 NYS2d 626] —Order unanimously affirmed without costs. Memorandum: Family Court's determination that respondent sexually abused his daughter and son is supported by a preponderance of the evidence (*see,* Family Ct Act § 1046 [b] [i]; *Matter of Philip M.,* 82 NY2d 238, 243-244). "Unsworn out-of-court statements of the victim may be received and, if properly corroborated, will support a finding of abuse" (*Matter of Nicole V.,* 71 NY2d 112, 117-118, citing Family Ct Act § 1046 [a] [vi]). The out-of-court statements of the children were sufficiently corroborated by the testimony of the daughter's pediatrician and the testimony of the sexual abuse validator, and each child's statements cross-corroborated the other child's statements concerning the abuse (*see, Matter of Jaclyn P.,* 86 NY2d 875, 878, *cert denied sub nom. Papa v Nassau County Dept. of Social Servs.,* 516 US 1093; *Matter of Nicole V., supra,* at 121, 124; *Matter of Jessica N.,* 234 AD2d 970, 971-972, *appeal dismissed* 90 NY2d 1008; *Matter of Latisha W.,* 221 AD2d 645). Additionally, the consistency of the children's out-of-court statements describing respondent's sexual conduct enhances the reliability of those out-of-court statements (*see, Matter of Rhianna R.,* 256 AD2d 1184; *Matter of Jessica N., supra,* at 972). (Appeal from Order of Ontario County Family Court, Harvey, J.—Abuse.) Present—Wisner, J. P., Pigott, Jr., Hurlbutt and Balio, JJ.